

# Inventor of Best Selling Star Shower Holiday Laser Lights Stands Up To "Copy Cats"
Three new Star Shower products are expected to be Big Hits for 2017

NEWS PROVIDED BY
**TeleBrands** →
22 May, 2017, 16:56 ET

FAIRFIELD, N.J., May 22, 2017 /PRNewswire/ -- 'Twas the 2015 holiday season and Star Shower laser lights, www.GetStarShower.com, had become the fastest selling product in the country --- even outselling iPads and Xboxes during Thanksgiving week at a major retail chain.  Co-inventor A.J. Khubani, Founder and CEO of TeleBrands, the company he started on a shoestring, was thrilled that years of hard work and investment were finally paying off.

But, then came the bad news.  By the 2016 holiday season, millions of cheap copies hit retail shelves, threatening the future of the revolutionary Star Shower.



Inventor of Best Selling Star Shower Holiday Laser Lights Stands Up To "Copy Cats"

Earlier this year, however, the U.S. Patent Office gave TeleBrands the necessary ammunition to fight back by granting TeleBrands multiple patents on Star Shower. TeleBrands has sued Taiwanese companies Thomson Merchandise Co., LTD. and Everstar Merchandise Co., LTD., makers of "Star Laser"/"Laser Shower" in New Jersey federal court.  The lawsuit alleges violations of two U.S. patents—9,546,775 and 9,562,673, as well as TeleBrands STAR SHOWER trademark.

TeleBrands has also sued Tekno Products Inc., Ollie's Bargain Outlets Inc., TV Direct Inc., Illinois Industrial Tool Company, 1byone Products Inc. and Seasonal Specialties LLC.

"Infringing products are planned for sale throughout the USA this year," stated Khubani. "We acted quickly because it is critical to get an injunction to stop them now. TeleBrands depends on successful products like the Star Shower for our survival.  We will not stand by while companies sell infringing laser light products in disregard of our patent rights."

Three new and exciting Star Shower product launches are planned for 2017—Slide Show www.BuySlideShow.com, Laser Magic www.BuyLaserMagic.com, and Window Wonderland www.WindowWonderland.com.  All three new products are available for pre-order now and will ship starting July 1, 2017. "I am very proud of these exceptional new products," stated Khubani. "We expect them to be completely sold out this holiday season and advise consumers to order early to assure availability."

TeleBrands Corp., headquartered in Fairfield, New Jersey, was founded in 1983 by inventor and entrepreneur AJ Khubani. Since its inception, the company has brought numerous popular inventions such as the PedEgg foot file, Pocket Hose expandable garden hose, Atomic Beam flashlights, Red Copper cookware, Hurricane Spin products and Star Shower holiday lights to consumers worldwide.  For information, visit www.TeleBrands.com.

SOURCE TeleBrands

Related Links

http://www.telebrands.com